UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **10-20451** CR-LENARD

MAGISTRATE JUDGE
TURNOFF

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

LUIS CASTILLO,
    a/k/a "El Negro,"
    a/k/a "Luis Ramon Castillo,"
    a/k/a "Luis Cespedes,"

        Defendant.
_____/



FILED by ___ D.C.
JUN 17 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

Beginning in or around 2003, the exact date being unknown to the Grand Jury, and continuing through on or about May 19, 2010, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

LUIS CASTILLO,
a/k/a "El Negro,"
a/k/a "Luis Ramon Castillo,"
a/k/a "Luis Cespedes,"

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vii), it is further alleged that



this violation involved one thousand (1000) or more marijuana plants.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vii), it is further alleged that this violation involved one hundred (100) kilograms or more of marijuana.

## COUNT 2

On or about April 23, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant,

**LUIS CASTILLO,**
a/k/a "El Negro,"
a/k/a "Luis Ramon Castillo,"
a/k/a "Luis Cespedes,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved less than fifty (50) kilograms of marihuana.

## CRIMINAL FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of the offenses charged in this Indictment, the defendant, **LUIS CASTILLO,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly as a result of such violation, and any property used or intended to be used by the defendant, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property subject to forfeiture includes, but is not limited to, the following:

2

Criminal Proceeds:

a. The sum of approximately $976,239.35 in United States currency, which amount represents the amount of proceeds obtained by the defendants as the result of the drug trafficking violations;

Real Property:

b. The real property located at 12475 SW 46th Street Miami, Miami-Dade County, Florida, titled in the name of LUIS CASTILLO;

c. The real property located at 5830 NW 111th Avenue, Miami-Dade County, Florida, titled in the names of LUIS CASTILLO and Damaris Dominguez-Duenas;

d. The real property located at 10367 NW 30th Terrace, Doral, Miami-Dade County, Florida, titled in the name of Wind Thrust Capital, LLC;

e. The real property located at 11790 SW 18th Street, Unit 522-3, Miami, Miami-Dade County, Florida, titled in the names of LUIS CASTILLO;

Vehicles and Vessel(s):

f. One 2006 Boston Whaler Motor Vessel, HIN: BWCE3637D606, Registration No. FL7733NG, together with all tackle, apparel, gear, equipment and inventory thereon, titled in the name of LUIS CASTILLO;

g. One 2007 Rocket Trailer, VIN: 4WMB9H23X7A005187, Florida Plate No.: 028WBD, titled in the name of LUIS CASTILLO;

h. One 2007 Ford F350 dually pick-up truck, VIN: 1FTWW33P07EA67276, Florida Tag No. W942EK, titled in the name of LUIS CASTILLO;

i. One 2007 Bentley GT White Convertible, VIN: SCBCR73W47C042470, Florida Tag No. V215SZ, titled in the name of LUIS CASTILLO;

    j.       One 2009 E-350W Mercedes Benz, 4-door, VIN: WDBUF56X09B413215, Florida Tag. No. V561JK, titled in the name of LUIS CASTILLO;

Currency:

    k.       Approximately $99,940 in United States currency, seized from LUIS CASTILLO, on or about January 26, 2010;

    l.       Approximately $64,349 in United States currency, seized from Frank Lopez, on or about February 4, 2010;

    m.       All funds on deposit in Account No. ********2770, at Bank of America, held in the name of LUIS CASTILLO;

    n.       All funds on deposit in Account No. ********3431, at Bank of America, held in the name of LUIS CASTILLO;

    o.       All funds on deposit in Account No. *********6960, at Wachovia Bank (now, Wells Fargo Bank), held in the name of LUIS CASTILLO; and

    p.       All funds on deposit in Account No. *********6944, at Wachovia Bank (now, Wells Fargo Bank), held in the name of LUIS CASTILLO.

    4.       If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with a third person;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| LUIS CASTILLO, | |
| Defendants. | Superseding Case Information: |

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | __ | Key West | |
| __ | FTL | __ | WPB | __ FTP |

New Defendant(s)    Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   **Yes**
   List language and/or dialect   **Spanish**

4. This case will take **30** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | I | 0 to 5 days | ___ | Petty | ___ |
   |---|---|---|---|---|
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | X | Felony | X |
   | V | 61 days and over | ___ | | |

6: Has this case been previously filed in this District Court? (Yes or No)  **No**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   **No**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   **X** No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   **X** No

BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501182

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>LUIS CASTILLO</u>

**Case No**: _____

Count #: 1

<u>Conspiracy to possess with intent to distribute more than one thousand plants of marijuana</u>

<u>Title 21, United States Code, Section 846</u>

* **Max.Penalty**:    <u>Life imprisonment</u>

Count #: 2

<u>Possession with intent to distribute less than fifty kilograms of marihuana</u>

<u>Title 21, United States Code, Section 846</u>

* **Max.Penalty**:    <u>5 years' imprisonment</u>

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.