UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20451-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS CASTILLO,

    Defendant.
_____/

**PROTECTIVE ORDER TO PRESERVE
AND MAINTAIN PROPERTY IDENTIFIED FOR FORFEITURE**

The United States has moved, pursuant to 18 U.S.C. §§ 983(a)(1)(A)(iii)(II) and 983(a)(3)(C) and 21 U.S.C. § 853(e)(1)(A)[1], for the entry of a protective order which attaches the jurisdiction of this Court in this criminal action to certain property named for forfeiture in the Indictment in this matter.

The Court has considered the motion and finds that:

The property to which this order refers (hereinafter referred to as "the property") is as follows:

    a.    approximately 99,940.00 in U.S. currency; and
    b.    approximately $64,349.00 in U.S. currency.

The property has been named in the Indictment [DE #3] in this matter as subject to forfeiture in this criminal action. The United States currently has custody of the property. The property is subject to pending administrative forfeiture notice and claim proceedings under 18 U.S.C. § 983.

---

[1] 21 U.S.C. § 853 procedures are made applicable to the forfeiture sought in this action by 28 U.S.C. § 2461(c).

The United States is entitled to the protective order pursuant to 21 U.S.C. § 853(e)(1)(A) based on the fact that the property is named for forfeiture in the Indictment which contains an allegation that, upon conviction, the property is subject to forfeiture and the requested order is necessary to bring the property under the exclusive jurisdiction of this court for adjudication of forfeiture.

Based on the foregoing and for good cause shown, the motion for a entry of a protective order is **GRANTED**.

Accordingly, pursuant to 21 U.S.C. § 853(e)(1)(A), it is hereby:

**ORDERED** that the property identified above shall remain in the custody of the United States pending the conclusion of this criminal case or pending further order of this Court.

**DONE and ORDERED,** at Miami, Florida on this 28th day of June, 2010.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE