# COURT MINUTES
## U.S. MAGISTRATE JUDGE CHRIS M. MCALILEY - 6TH FLOOR

**DATE:** 6-29-10    **TIME:** 10:00 AM    **PAGE:** 10

**DEFT:** LUIS CASTILLO 83345-004    **CASE NO:** 10-20451-CR-LENARD
**AUSA:** Brian Dobbins    **ATTY:** ~~DAVID MACEY~~ [TEMP] Rene
**AGENT:**    **VIOL:** MARIJUANA CONSPIRACY Sovrio
**PROCEEDING:** RRC/ARR/PTD    **RECOMMENDED BOND:**
**BOND/PTD CONTESTED HRG** - yes / no    **CJA APPT:**
**BOND SET @:** TEMP PTD    **To be cosigned by:**
**INTERPRETER:** Spanish

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement: Electronic Monitoring and/or Curfew ___, paid by ___.
- ☐ Other ___

**Disposition:** Stip PTD, reqst re-visit

| | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | | | | |
| (REPORT RE COUNSEL:) | 7/9/10 | 10 Am | | |
| ~~PTD/BOND HEARING:~~ | | | | |
| (PRELIM/ARRAIGN. OR REMOVAL:) | 7/9/10 | 10 Am | | |
| STATUS CONFERENCE | | | | |

**TAPE No.** 10-H- 52    **Begin:** 10:58:45    **TIME IN COURT:** 5