UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-20451-cr-Lenard

UNITED STATES OF AMERICA,

    Plaintiff,

**STIPULATED ORDER OF DETENTION**

vs.

Luis Castillo,

    Defendant.
_____/

**THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties. The Defendant reserves the right to have a Pretrial Detention Hearing upon his request.

**DONE AND ORDERED** at Miami, Florida this 29th day of June, 2010.

TAPE NO:10H- 52

D:AR: 10:58:45

_____
CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE

c:    Brian Dobbins
    AUSA
    Defense Counsel — Rene
    Pretrial Services Sotorrio
    U.S. Marshal